AO 106 (Rev 04/10) Application for a Search Warrant        AUTHORIZED AND APPROVED/DATE: s/Daniel D. Gridley, Jr. 05/21/2024

# UNITED STATES DISTRICT COURT

*amg 5/22/24*

for the

Western District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>**United States Postal Service Priority Mail parcel<br>originating in Flushing, New York, identified by tracking<br>number 9405 5379 0239 5654 0909 22** | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-MJ- 460 -AMG |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____Western_____ District of _____Oklahoma_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of a Controlled Substance with Intent to Distribute |

The application is based on these facts:

See attached Affidavit, which is incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

**Chris Nicholson, United States Postal Inspector**
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __5/22/24__

_____
*Judge's signature*

City and state:  Oklahoma City, Oklahoma

**Amanda Maxfield Green, United States Magistrate Judge**
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE<br>SEARCH OF UNITED STATES<br>POSTAL SERVICE PRIORITY<br>MAIL PARCEL ORIGINATING IN<br>FLUSHING, NEW YORK<br>IDENTIFIED BY TRACKING<br>NUMBER 9405 5379 0239 5654 0909<br>22 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | M-24-_____<br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Chris Nicholson, being duly sworn, do hereby depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed as such since December 2021. I am currently assigned to the USPIS Fort Worth Division domiciled in Oklahoma City, Oklahoma. I am responsible for conducting investigations of crimes against the United States Mail in violation of federal law(s). My duties include the investigation of illegal mailings and the receipt of controlled substances, possession of which violates Title 21, United States Code, Sections 841(a)(l) and 846.

2.      Prior to becoming an Inspector, I gained investigative experience while employed as a Special Agent with the Naval Criminal Investigative Service (NCIS) from September 2017 to December 2021. During employment with NCIS, my duties included,

1

but were not limited to, investigating crimes committed against U.S. Navy assets and personnel worldwide. My experience includes the successful resolution of a full range of criminal investigations to include illegal drugs, larceny, sexual assault, aggravated assault, and child exploitation. My investigative experience with NCIS was supplemented with numerous hours of participation with local and state law enforcement criminal intelligence organizations to stay apprised of evolving criminal methodology. Some of my investigative experience comes from prior service when I held employment with the Dallas Police Department (DPD), from March 2007 to July 2013 as a Police Officer certified by the Texas Commission on Law Enforcement Standards and Education. During my time with DPD, I held investigative positions within narcotics, organized crime, and fugitive recovery squads. My employment with DPD also required yearly in-service training which included narcotics field testing, warrant execution tactics, gang identification, and surveillance. I have also competed the Criminal Investigator Training Program and NCIS Special Agent Basic Training Academy at the Federal Law Enforcement Training Center (FLETC), in Brunswick, Georgia, which included instruction in the investigation of federal, state, and local crimes. Additionally, I have received training on the investigation of dangerous and prohibited mailings, namely controlled substance investigations, as part of my employment with USPIS.

3.      While employed in a law enforcement capacity, I have made countless arrests for the aforementioned criminal activities and participated in the execution of approximately 100 search and seizure warrants authorized by federal and state judges.

2

Throughout the last 17 years of my law enforcement career, I have conducted and assisted in numerous activities, to include, but not limited to investigations, interviews, arrests, and the execution of search and seizure warrants, for crimes to include, but not limited to those involving illegal drugs.

4.    This Affidavit is based upon your affiant's personal investigation and upon information received from other law enforcement officers and agents and may not be inclusive of all evidence or information available or of all facts known to me relative to this investigation. Rather, I have included facts which are necessary to establish probable cause that the parcel described herein contains controlled substances. This affidavit is made in support of an application for a search warrant to search and seize contraband, fruits, instrumentalities, and evidence of crimes against the United States in violation of 21 U.S.C. § 84l(a)(l) from a United States Postal Service (USPS) Priority Mail flat rate box (small) originating in the city of Flushing, New York. It is more specifically described as a sealed, white USPS Priority Mail parcel measuring approximately 8 x 5 x 1 inches, identified by tracking number 9405 5379 0239 5654 0909 22, from Zip Code 11355, weighing approximately 8.48 ounces, and postmarked May 11, 2024. The parcel displayed the name and return address as "Peter Wong" at '4114B Mian St B Flushing, NY 11355". The parcel's addressee is displayed as "Henry Wong" at "632 NW 183rd St Edmond, OK 73012". The parcel is currently located at the United States Postal Inspection Service Domicile in Oklahoma City, Oklahoma (6500 Air Cargo Road, Oklahoma City, Oklahoma; Western District of Oklahoma).

5.    I am aware through training and experience, as well as information from other Postal Inspectors with extensive experience in drug trafficking investigations, that the United States Mail is a common and preferred method for drug traffickers to ship their product. United States Express Mail and Priority Mail are frequently used by drug dealers for not only shipping illegal drugs, but also for shipping the proceeds and money from illegal drug sales and purchases. Use of the United States Mail is favored because of the speed, reliability, and low cost of this service, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

6.    I am also aware that drug traffickers often use fictitious return addresses and names on return addresses, as well as real names and real addresses, with or without the actual person's knowledge or consent, to avoid detection in the event the parcel is intercepted by law enforcement officers. Parcels containing controlled substances often provide minimal information on the mailing label to avoid detection of a fictitious name or return address. Traffickers normally use heavy tape on the seams and corners of a parcel and have been known to use sealed containers and masking scents in an attempt to interfere with any drug detection canine's ability to detect the narcotics. It is also common for ·traffickers to mail parcels from a different post office than the one located in the Zip Code area used on the return address, also to avoid detection of fictitious information.

## PROBABLE CAUSE

7.    On May 16, 2024, the USPIS Oklahoma City, Oklahoma Domicile was contacted by the USPIS Anchorage, Alaska Domicile regarding a suspicious parcel mailed

4

to Edmond, Oklahoma. USPIS Anchorage advised their investigation revealed a suspect is using US Postal business records to monitor shipments of illegal drugs that enter the United States from Europe. Additionally, this suspect is also monitoring the aforementioned suspicious parcel identified as US Priority Mail Parcel 9405 5379 0239 5654 0909 22. Upon receiving this information, I conducted a review of mail in transit at the Coffee Creek Post Office, Edmond, Oklahoma, and located the parcel. Upon further investigation, I observed the parcel contained indicators consistent with the shipment of controlled substances, including the information contained in the subsequent paragraphs.

8.    The parcel displayed customer-generated label information and was mailed from a zip code in Flushing, New York (11355). The parcel was packaged in a USPS Priority Mail flat rate box (small) red and blue lettering. The parcel also had clear packing tape on the seams and USPS records indicated the parcel was paid for in cash in the amount of $7.66. Additionally, the customer-generated label was provided to the US Postal Service indicating a weight of 4 pounds. Upon acceptance by the US Postal Service, the parcel was weighed indicating 8.48 ounces.

9.    I conducted postal computer database address verifications on the parcel and the database indicated the return address of "4114B Mian St B Flushing, NY 11355", as listed on the parcel, is not a valid address. Utilizing CLEAR, a law enforcement accessible database which searches public and proprietary records, the sender's name, "Peter Wong", was not able to be associated with the return

5

address.

10.    I also checked databases for records of the delivery address on the parcel. The database indicated the delivery address of 632 NW 183rd St Edmond, Ok 73012, as listed on the parcel, is a valid address. Utilizing the CLEAR database, the receiver's name, "Henry Wong", was also unable to be associated with the delivery address.

11.    On May 17, 2024, I removed the parcel from the mail-stream and transported it to the USPIS Oklahoma Domicile where it was placed in secure storage for further investigation.

12.    On May 21, 2024, I met with Oklahoma City Police Department Detective/K9 Handler J. Springer at the USPIS Oklahoma City Domicile.  Detective Springer and his K9 drug detection dog, "Dori," are both certified by the State of Oklahoma's Council on Law Enforcement Education and Training (CLEET Number 0090396-D004224). Detective Springer is also a Task Force Officer (TFO) with USPIS. Dori is trained and certified in the detection of marijuana, heroin, methamphetamine, and cocaine.

13.    Ten control parcels were placed on the office floor, along with the suspect parcel described above, for a total of 11 parcels.  A free air scan of the parcels was conducted by Detective Springer and his K9, "Dori." I observed Dori sniff the parcels present on the floor. Detective Springer advised Dori gave a positive alert on the

6

suspect parcel. Dori gave a positive alert to the suspect parcel only at approximately 1:46 pm. Dori's positive alert on the parcel was an indication of the presence of an odor of a controlled substance. I retained possession of the parcel pending further investigation.

### AUTHORIZATION REQUESTS

14.    Based on the foregoing, I believe there is evidence to show this parcel as described in paragraph four was sent via the United States Postal Service in violation of 21 U.S.C. § 841(a)(1) and I respectfully request a warrant be issued, authorizing the United States Postal Inspection Service to search and seize the parcel as described in Attachment A for the items described in Attachment B.


CHRIS NICHOLSON
Postal Inspector
United States Postal Inspection Service
Oklahoma City, OK


Sworn and subscribed to before me this 22nd day of May 2024.


AMANDA MAXFIELD GREEN
United States Magistrate Judge
Western District of Oklahoma

7

**ATTACHMENT "A"**

1.      SUBJECT PARCEL: a sealed, white USPS Priority Mail parcel measuring approximately 8 x 5 x 1 inches, identified by tracking number 9405 5379 0239 5654 0909 22, from Zip Code 11355, weighing approximately 8.48 ounces, and postmarked May 11, 2024. The parcel displayed the name and return address as "Peter Wong" at '4114B Mian St B Flushing, NY 11355". The parcel's addressee is displayed as "Henry Wong" at "632 NW 183rd St Edmond, OK 73012". The parcel is currently located at the United States Postal Inspection Service Domicile in Oklahoma City, Oklahoma (6500 Air Cargo Road, Oklahoma City, Oklahoma; Western District of Oklahoma).



## ATTACHMENT "B"

1.  Any controlled substances, as defined in 21 U.S.C. 812, as well as items of dominion or control inside the parcel;

2.  The parcel's outer packaging;

3.  Any correspondence, writings, including records and logs of monies owed, customer lists, sources of supply information to include drug shipments or accounts receivable in any medium such as written and/or electronic contained in the parcel;

4.  Any financial instruments, including U.S. currency, contained in the parcel which relates to the sale, transfer, mailing, or distribution of controlled substances;

5.  Any drug paraphernalia used to facilitate drug distribution; and

6.  Any evidence constituting ownership and intent to possess controlled substances.